Certificate Number: 12433-PAM-DE-031890289

Bankruptcy Case Number: 18-04453



12433-PAM-DE-031890289

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 11, 2018</u>, at <u>7:41</u> o'clock <u>PM EST</u>, <u>Katherine Bernard-Alvarez</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 11, 2018</u>  By: <u>/s/Lance Brechbill</u>

Name: <u>Lance Brechbill</u>

Title: <u>Teacher</u>